# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Pinnacle Communications International, Inc. a Florida Corporation, | 04 CV 673 (PJS/JJG) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| American Family Mortgage Corporation, a Minnesota Corporation and Michael Schneider, individually, | |
| Defendants. | |

---

The above action having been settled pursuant to the terms of a Settlement Agreement dated September 15, 2006,

**IT IS ORDERED** that the action against the defendant Michael Schneider, individually, be and the same hereby is, DISMISSED, the Court reserving jurisdiction to enforce the terms of the Settlement Agreement.

DATED: October 12, 2006.

 S/ Donald D. Alsop
DONALD D. ALSOP, Senior Judge
United States District Court